# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

AGHOGHO EGIGBA,

Petitioner,

v.

TODD LYONS, *et al.*,

Respondents.

Case No. 26-cv-02232-BAS-SBC

**ORDER:**

**(1) REQUIRING STATUS REPORT; AND**

**(2) DENYING WITHOUT PREJUDICE MOTION FOR TEMPORARY RESTRAINING ORDER (ECF No. 3)**

This immigration habeas petition has been stayed at the request of the parties to allow time for Petitioner to request a bond hearing on his behalf in Immigration Court. (ECF No. 13.) The parties filed a Joint Status Report updating the Court on Petitioner's efforts to obtain counsel for the proceedings in Immigration Court. (ECF No. 20.) The parties request an additional thirty days to complete this process. (*Id.*) Good cause appearing, this case shall remain stayed. The Court **ORDERS** the parties to file an additional status report no later than **August 24, 2026**. Further, in light of the Joint Status Report, the Court **DENIES WITHOUT PREJUDICE** the Motion for a Temporary Restraining Order. (ECF No. 3.)

**IT IS SO ORDERED.**

**DATED: July 27, 2026**

Hon. Cynthia Bashant, Chief Judge
United States District Court

- 1 -

26cv2232