**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

AGHOGHO EGIGBA,
Petitioner,
v.
TODD LYONS, *et al.*,
Respondents.

Case No. 26-cv-02232-BAS-SBC

**ORDER DENYING PETITION AS MOOT (ECF No. 1)**

In light of the parties' Joint Status Report (ECF No. 27), the Court finds the Petition is **MOOT**. The Court therefore **DENIES** the Petition (ECF No. 1) on that basis. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

**DATED: October 6, 2026**

Cynthia Bashant

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**